IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM PORTER LEWIS, III, # 1079125 | § § § | |
| v. | § § | CIVIL ACTION NO. G-04-527 |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § § § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 10th day of July, 2007.

_____
Samuel B. Kent
United States District Judge